JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br>           Plaintiff,<br><br>     v.<br><br>ROWENA M. AKE, et al.,<br><br>           Defendants. | Case No. CV 23-5050 FMO (MRWx)<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 29th day of September, 2023.

/s/
Fernando M. Olguin
United States District Judge